RONALD A. GILLER
RGILLER@GORDONREES.COM

Admitted In: NY, NJ, PA

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NEW YORK 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

May 1, 2012

**Via Electronic Filing**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Dovi Lowenbein v. Associated Creditors Exchange, Inc.**
**Civil Action No.: 12-cv-1479**

Dear Judge Cogan:

We are counsel for defendant Associated Creditors Exchange, Inc. We have just been retained to represent them in this matter and learned today that a preliminary conference has been scheduled before Your Honor for May 8, 2012. Unfortunately, I am not available on that date and I have not yet had an opportunity to discuss this matter in detail with my client. With my adversary's consent, and subject to the Court's availability, I respectfully request an adjournment of this conference to May 21, 22 or 23.

Thank you for your consideration of this request.

Respectfully submitted,

GORDON & REES LLP

Ronald A. Giller

RAG/ls

MGT/8011115/12411404v.1