UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOVI LOWENBEIN )
On behalf of himself and all similarly situated )
consumers, )
 )
       Plaintiff, )  Case No. 12- CV-1479
 )
vs. )
 )  **STIPULATION OF DISMISSAL**
ASSOCIATED CREDITORS EXCHANGE, )  **WITH PREJUDICE**
INC., )
 )
       Defendant. )

IT IS HEREBY AGREED BY AND BETWEEN Plaintiff Dovi Lowenbein and Defendant Associated Creditors Exchange, Inc. that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above referenced action between the Plaintiff and Defendant is dismissed and discontinued with prejudice.

July 26, 2012

| **ATTORNEY ADAM J. FISHBEIN, P.C.** | **GORDON & REES, LLP** |
|---|---|
| /s/ Adam J. Fishbein | /s/ Elior D. Shiloh |
| Adam J. Fishbein, Esq. (AF-9508) | Elior D. Shiloh, Esq. (EDS-0281) |
| 483 Chestnut Street | Gordon & Rees LLP |
| Cedarhurst, New York 11516 | 90 Broad Street, 23rd Flr. |
| Telephone: (516) 791-4400 | Telephone: (212) 269-5500 |
| Facsimile: (516) 791-4411 | Facsimile: (212) 269-5505 |
| E-mail: fishbeinadamj@gmail.com | E-mail: rgiller@gordonrees.com |
| *Attorney for Plaintiff Dovi Lowenbein* |       eshiloh@gordonees.com |
| | *Attorney for Defendant Associated Creditors Exchange, Inc.* |